1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
6  E-Mail: allison.cheung@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMEFIKA KING, | Case No.: 2:18-cv-02252-JCM-EJY |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Remand (Dkt. No. 19, filed on December 23, 2019), currently due on January 22, 2020, by 30 days, through and including February 21, 2020. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 14) be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for this extension because Defendant's counsel is in the process of conferring with her client to determine whether this matter can be resolved by settlement. The additional requested time would also allow for potential settlement discussions with Plaintiff's counsel, and if the matter cannot be resolved, to allow counsel

to prepare a response to the pending motion for summary judgment. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On January 16, 2020, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Remand, through and including February 21, 2020.

Dated: January 16, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2020