NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMEFIKA KING,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:18-cv-02252-JCM-EJY<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

　　　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: January 24, 2020					Respectfully submitted,

								RICHARD HARRIS LAW FIRM

								*/s/ Joshua R. Harris*
								JOSHUA R. HARRIS
								(*as authorized via email on January 24, 2020)
								Attorney for Plaintiff


Dated: January 24, 2020					Respectfully submitted,

								NICHOLAS A. TRUTANICH
								United States Attorney

								*/s/ Allison J. Cheung*
								ALLISON J. CHEUNG
								Special Assistant United States Attorney
								Attorneys for Defendant


							IT IS SO ORDERED:

							_____
							HON. ELAYNA J. YOUCHAH
							UNITED STATES MAGISTRATE JUDGE

							DATED: January 31, 2020